| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Anthony Mark Schadeberg** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx–xx–0480** <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of Virginia** | | Date case filed for chapter  **7**    **January 15, 2016** |
| Case number:    **16–30186–KRH** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Anthony Mark Schadeberg | |
| 2. | **All other names used in the last 8 years** | aka Mark Schadeberg | |
| 3. | **Address** | 3111 Chesco Road <br> Richmond, VA 23234 | |
| 4. | **Debtor's attorney** <br> Name and address | James Bradley Winder Jr. <br> FerrisWinder PLLC <br> 530 East Main Street, Suite 1020 <br> Richmond, VA 23219 | Contact phone 804–767–1800 <br> Email: jbwinder@ferriswinder.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Bruce H. Matson <br> LeClair Ryan, A Professional Corporation <br> 919 East Main Street <br> 24th Floor <br> Richmond, VA 23219 | Contact phone (804) 783–2003 <br> Email: bhmtrustee@leclairryan.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 701 East Broad Street<br>Richmond, VA 23219<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 804–916–2400 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: January 19, 2016 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 16, 2016 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:  April 18, 2016** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov)*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov) and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 16-30186-KRH
Anthony Mark Schadeberg                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: bullockn          Page 1 of 2          Date Rcvd: Jan 19, 2016
                              Form ID: 309A           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2016.
db              +Anthony Mark Schadeberg,    3111 Chesco Road,    Richmond, VA 23234-2309
13207227        ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Mabt/Contfin,    121 Continental Dr Ste 1,    Newark, DE 19713-0000)
13207221         Delbert Services/Consu,    Rodney Square N 1100 N M,    Wilmington, DE 18901-0000
13207223        +Ginnys,   1112 7th Ave,    Monroe, WI 53566-1364
13207228        +Merchants Credit Guide,    223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6914
13207230        +Mobiloansllc,   Po Box 1409,    Marksville, LA 71351-1409
13207231        +Montgomery Ward,    1112 7th Ave,    Monroe, WI 53566-1364
13207232        +Mwinvest,   6348 E Va Beach Blvd,    Norfolk, VA 23502-2827
13207234        +Pioneermcb,   4000 S Eastern Ave Ste 3,    Las Vegas, NV 89119-0824
13207238        +Swiss Colony,   1112 7th Ave,    Monroe, WI 53566-1364
13207243        +Through The Country Do,    1112 7th Ave,    Monroe, WI 53566-1364
13207244        +United Tranzactions,    2811 Corporate Way,    Miramar, FL 33025-3972
13207245         Usa Credit,   Customer Service One Millennium Dri,    Uniontown, PA 15401-0000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: jbwinder@ferriswinder.com Jan 20 2016 01:57:24     James Bradley Winder, Jr.,
                 FerrisWinder PLLC,    530 East Main Street, Suite 1020,   Richmond, VA   23219
tr              +EDI: QBHMATSON.COM Jan 20 2016 01:48:00      Bruce H. Matson,
                 LeClair Ryan, A Professional Corporation,    919 East Main Street,    24th Floor,
                 Richmond, VA 23219-4622
13207217        +E-mail/Text: bankruptcy@rentacenter.com Jan 20 2016 01:58:22     Acceptance Now,
                 5501 Headquarters Dr,   Plano, TX 75024-5837
13207218        +EDI: TSYS2.COM Jan 20 2016 01:48:00      Barclays Bank Delaware,   125 S West St,
                 Wilmington, DE 19801-5014
13207220        +EDI: RCSFNBMARIN.COM Jan 20 2016 01:48:00      Credit One Bank Na,   Po Box 98875,
                 Las Vegas, NV 89193-8875
13207222        +EDI: AMINFOFP.COM Jan 20 2016 01:48:00      First Premier Bank,   601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
13207225         EDI: JEFFERSONCAP.COM Jan 20 2016 01:48:00      Jefferson Capital Syst,   16 Mcleland Rd,
                 Saint Cloud, MN 56303-0000
13207226        +EDI: RESURGENT.COM Jan 20 2016 01:48:00      Lvnv Funding Llc,   Po Box 10497,
                 Greenville, SC 29603-0497
13207229        +EDI: MERRICKBANK.COM Jan 20 2016 01:48:00      Merrick Bank,   Po Box 9201,
                 Old Bethpage, NY 11804-9001
13207233        +E-mail/Text: ABENTLEY@OKINUS.COM Jan 20 2016 01:57:29     Okinus Inc,   157 West Railrd  St,
                 Pelham, GA 31779-1631
13207235        +EDI: PRA.COM Jan 20 2016 01:48:00      Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4962
13207236         EDI: AGFINANCE.COM Jan 20 2016 01:48:00      Springleaf Financial S,   601 Nw 2nd St,
                 Evansville, IN 47708-0000
13207237         EDI: AGFINANCE.COM Jan 20 2016 01:48:00      Springleaf Financial S,   9699 W Broad St Ste B,
                 Glen Allen, VA 23060-0000
13207239        +EDI: RMSC.COM Jan 20 2016 01:48:00      Syncb/Amazon,   Po Box 965015,   Orlando, FL 32896-5015
13207240        +EDI: RMSC.COM Jan 20 2016 01:48:00      Syncb/Care Credit,   950 Forrer Blvd,
                 Kettering, OH 45420-1469
13207241        +EDI: RMSC.COM Jan 20 2016 01:48:00      Syncb/Paypal Smart Con,   Po Box 965005,
                 Orlando, FL 32896-5005
13207242        +EDI: RMSC.COM Jan 20 2016 01:48:00      Syncb/Walmart,   Po Box 965024,   Orlando, FL 32896-5024
13207246        +EDI: BLUESTEM.COM Jan 20 2016 01:48:00      Webbank/Fingerhut,   6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13207219         Cfc,   00000-0000
13207224         Horizoncrd,    00000-0000
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0422-7          User: bullockn          Page 2 of 2          Date Rcvd: Jan 19, 2016
                              Form ID: 309A           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2016 at the address(es) listed below:
              Bruce H. Matson     bhmtrustee@leclairryan.com,  bmatson@ecf.epiqsystems.com
              James Bradley Winder, Jr.    on behalf of Debtor Anthony Mark Schadeberg jbwinder@ferriswinder.com,
               bfrazier@ferriswinder.com;rwferris@ferriswinder.com;fwecfmail@gmail.com
                                                                                             TOTAL: 2
```